United States District Court
Northern District of California

1

2

3

4

5         IN THE UNITED STATES DISTRICT COURT

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: UBER TECHNOLOGIES, INC.,              MDL No. 3084
     PASSENGER SEXUAL ASSAULT
9    LITIGATION

10   _____/
                                                 **ORDER DENYING MOTIONS TO
11   This Order Relates To:                       WITHDRAW AS COUNSEL**

                                                 Re: Dkt. No. 4432, 4446, 4573, 4582,
12   *C.O. v. Uber Technologies, Inc., et al.*,   4583, 4584, 4585, 4586, 4697, 4698,
     Case No. 3:25-cv-02551-CRB                   4699
13

14   *I.C. v. Uber Technologies, Inc., et al.*,
     Case No. 3:25-cv-06382-CRB
15

16   *Jessi Watt v. Uber Technologies, Inc., et
     al.*, Case No. 3:25-cv-04704-CRB
17

18   *Jane Doe 690917 v. Uber Technologies,
     Inc., et al.*, Case No. 3:25-cv-05318-CRB
19

20   *Jane Doe KG 013 v. Uber Technologies,
     Inc., et al.*, Case No. 3:25-cv-05577-CRB
21

22   *Jane Doe KG 016 v. Uber Technologies,
     Inc., et al.*, Case No. 3:25-cv-05582-CRB
23

24   *Jane Doe KG 039 v. Uber Technologies,
     Inc., et al.*, Case No. 3:25-cv-06077-CRB
25

26   *Jane Doe 691174 v. Uber Technologies,
     Inc., et al.*, Case No. 3:25-cv-04582-CRB
27

28   *John Doe 692195 v. Uber Technologies,
     Inc., et al.*, Case No. 3:25-cv-03421-CRB

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Jane Doe KGDB 016 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04337-CRB

*John Doe KGDB 018 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04355-CRB

The Motions to Withdraw as Counsel in the above-captioned cases are denied.

**IT IS SO ORDERED.**

Dated: January 9, 2026



CHARLES R. BREYER
United States District Judge

2